UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

HELEN JEAN JOHNSON, individually )
and as special administrator for the )
Estate of Richard G. Johnson, )
                                                           )    98-2092
               Plaintiff, )
)
   v. )
)
AC&S Inc., *et al.*, )
)
              Defendants. )

ORDER

      This case was filed in 1998. Shortly thereafter, it was transferred to the United States District Court, Eastern District of Pennsylvania, and consolidated for pretrial purposes with MDL No. 875. The case was remanded to this court on May 8, 2014. While pending in the Eastern District of Pennsylvania, numerous parties and attorneys were added or terminated. Many of those changes are not reflected on this court's docket sheet.

      On April 23, 2014, Judge Eduardo C. Robreno entered a suggestion of remand, granting the parties seven days to oppose the remand. That deadline passed without opposition. The case was then remanded to this court. Paragraph g.) of Judge Robreno's suggestion of remand [d/e 88-1] specified,

      g.) According to Plaintiff, the remaining viable Defendants for trial are:

          i.     CBS Corporation (f/k/a Westinghouse Electric)
          ii.    CSR Ltd.
          iii.   General Refractories Company
          iv.   Georgia Pacific LLC[1]

      The following **additional** defendants are reflected on this court's docket as active defendants:

      Asbestos Claims Management Corporation, f/k/a National Gypsum Co.; Dresser

---

[1] This defendant is listed on the court's docket sheet as Georgia-Pacific Corporation. If the defendant is an LLC rather than a corporation, counsel of record must file the appropriate document with this court. Thereafter, the clerk will amend the docket accordingly.

Industries, Inc., individually and as successor to Harbison Walker Refractories, Worthington Corp., and Pacific Pumps; Garlock, Inc.; Metropolitan Life Insurance Co.; Minnesota Mining and Manufacturing Co.; PPG Industries, Inc.; Rapid American Corp., individually and as a successor corporation to Philip Carey Manufacturing Co.; and Combustion Engineering.

In view of the above, **the court terminates defendants Asbestos Claims Management Corporation, f/k/a National Gypsum Co.; Dresser Industries, Inc., individually and as successor to Harbison Walker Refractories, Worthington Corp., and Pacific Pumps; Garlock, Inc.; Metropolitan Life Insurance Co.; Minnesota Mining and Manufacturing Co.; PPG Industries, Inc.; Rapid American Corp., individually and as a successor corporation to Philip Carey Manufacturing Co.; and Combustion Engineering** from this case.

The sole defendants remaining in this case are CBS Corporation (f/k/a Westinghouse Electric), CSR Ltd., General Refractories Co., and Georgia-Pacific Corporation. The clerk is directed to amend the docket accordingly. CBS Corporation is not shown as a defendant in this court's docket. The clerk is further directed to amend defendant Westinghouse Electric Corporation, individually and as successor in liability to Wesco as follows: CBS Corporation, f/k/a Westinghouse Electric Corporation, individually and as successor in liability to Wesco.

**Robert Patterson Cross, IV**, Esq., is listed as counsel of record for the plaintiff. **William V. Johnson,** Esq., is listed as counsel of record for defendant General Refractories Co. **Francis P. Morrissey**, Esq., and **Joseph J. O'Hara**, Esq., are listed as counsel for Georgia-Pacific Corp. **Kayce L. Gisinger**, Esq., is listed as counsel of record for Westinghouse Electric Corp. Cross, Johnson, Morrissey, O'Hara, and Gisinger are not registered for electronic filing. They shall become registered for electronic filing within 30 days of the date of this order.

Entered this 23rd day of May, 2014.

**s/Harold A. Baker**
———————————————————
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE